UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN A. ARETAKIS,

                Plaintiffs,

-against-

ROBERT DURIVAGE, TIMOTHY NUGENT, TOWN
OF NORTH GREENBUSH AND ROBERT D. WELLS,

                Defendants.

**AFFIDAVIT OF SERVICE**

Civil Action
No. 07-Civ-5444
(Hon. Shira A. Scheindlin)

_____

    MARK LYMAN, being duly sworn, deposes and says, that he did serve the Amended Complaint in the above captioned action or proceedings upon ROSE, Secretary to the person herein named as Defendant TIMOTHY NUGENT at 579 Columbia Turnpike, The Hamilton Building, East Greenbush, New York 12198, at the office of the Defendant at ___ a.m. **2:00** p.m.

Personal Service:    By personally delivering to and leaving with said Rose thereof, and a true copy thereof, and that he knew the person so served to be the person mentioned and described in said Complaint as a Secretary to Defendant TIMOTHY NUGENT..

Corporation:  By delivering to and leaving with _____, at _____, New York, and that he knew the person so served to be _____ of the Corporation.

Responsible Person:    By delivering a true copy thereof to and leaving with _____ _____, a person of suitable age and discretion at _____, the said premises being the defendant's/respondent's (dwelling) (usual place of abode), or (place of business) within the State of New York.

Description:  Approximate Age **60**.   Approximate weight **170** lbs.  Approximate height **5'5"** **F**  Sex: .  Color of Skin: **White**.  Color of Hair: **Grey**  Other:

Your deponent is over the age of 18 years and is not a party to this action.

_____/s/_____
PLEASE PRINT NAME BELOW
MARK LYMAN

Sworn to me this 9th

day of October, 2007

_____/s/_____
NOTARY PUBLIC
My Commission Expires

2