UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John A. Aretakis,

Plaintiff,

-v-

Robert Durivage, Timothy Nugent, Town of North Greenbush, and Robert D. Wells,

Defendant.

Case No. 07-5444

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Timothy Nugent (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: October 24, 2007

Signature of Attorney

Attorney Bar Code: SN6743

Form Rule7_1.pdf  SDNY Web 10/2007