UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN A. ARETAKIS,

                                    Plaintiff,

    --against--

ROBERT DURIVAGE, TIMOTHY NUGENT,
TOWN OF NORTH GREENBUSH AND
ROBERT D. WELLS,

                                    Defendants.

**APPEARANCE**

Case No. 07-cv-5444

(Hon. S.A. Scheindlin)

---

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Robert D. Wells.

    I certify that am admitted to practice in this court.

DATED: October 31, 2007

                                  Yours, etc.

                                  TOBIN AND DEMPF, LLP

                                  /s/ Michael L. Costello
                                  Michael L. Costello, Esq.
                                  Bar No. (MC 5378)
                                  Attorneys for Defendant Robert D. Wells
                                  33 Elk Street
                                  Albany, New York 12207
                                  Phone: (518) 463-1177
                                  Fax: (518) 463-7489
                                  mcostello@tobindempf.com

TO:    John A. Aretakis, Esq.
          353 East 54th Street
          New York, NY  10022-4965

          John A. Aretakis, Esq.
          7 Coyote Lane
          Troy, NY  12180

          Thomas J. O'Connor, Esq.
          296 Washington Avenue Ext.
          Albany, NY  12203