UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JOHN A. ARETAKIS,

             Plaintiff,

-against-

ROBERT DURIVAGE, TIMOTHY NUGENT, TOWN OF
NORTH GREENBUSH AND ROBERT D. WELLS,

             Defendants.
_____

**AFFIDAVIT OF SERVICE**

**Civil Action No. 07-Civ-5444**
**(Hon. Shira A. Scheindlin)**

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF ALBANY    )

      Sheri L. Camprone, being duly sworn, deposes and says that: deponent is over eighteen (18) years of age; is not a party to this action; and resides at 9 White Church Road, Troy, New York. I electronically filed, **on the 1st day of November, 2007,** the within **Notice of Motion and associated documents** on behalf of Defendant, Robert D. Wells, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to said person(s) at respective said address(es) mentioned below, being the address(es) within the state designated for that purpose upon the last papers in this action or the place where the below then resided or kept offices according to the best information which can be conveniently obtained:

| John A. Aretakis, Esq. | Thomas J. O'Connor, Esq. | Thomas K. Murphy, Esq. |
|---|---|---|
| aretakis@nycap.rr.com | toc@nvnlaw.com | tkm@mbbmlaw.com |

                                              /s/ Sheri Camprone
                                            Sheri Camprone

Sworn to before me this
1st day of November, 2007.


/s/ Michael L Costello
Notary Public