UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHN A. ARETAKIS, | |
| Plaintiff, | **NOTICE OF MOTION** |
| -against- | |
| ROBERT DURIVAGE, TIMOTHY NUGENT, TOWN OF NORTH GREENBUSH AND ROBERT D. WELLS, | Civil Action No. 07-Civ-5444 (Hon. Shira A. Scheindlin) |
| Defendants. | |

---

| | |
|---|---|
| Motion By: | Defendant Robert D. Wells. |
| Date, Time and Place of Hearing: | November 16, 2007, 9:30 a.m. United States District Court -- Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. |
| Supporting Papers: | Attorney Declaration dated November 1, 2007 and Memorandum of Law. |
| Relief Requested: | Extension of time to answer or otherwise move. |

Date: November 1, 2007

TOBIN and DEMPF, LLP
Attorneys for Defendant Robert D. Wells

/s/ Michael L. Costello
Michael L. Costello
33 Elk Street
Albany, New York 12207
(518) 463-1177
Bar Roll No. MC5378

TO:  John A. Aretakis, Esq.
7 Coyote Lane
Troy, NY 12180

John A. Aretakis, Esq.
353 East 54th Street
New York, NY 10022-4965

Thomas J. O'Connor, Esq.
Napierski Vandenburgh & Napierski, LLP
96 Washington Avenue Ext.
Albany, NY 12203

Thomas K. Murphy, Esq.
Murphy Burns Barber & Murphy, LLP
4 Atrium Drive
Albany, NY 12205