UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

JOHN A. ARETAKIS,

                             Plaintiff,

      -against-

ROBERT DURIVAGE, TIMOTHY NUGENT, TOWN
OF NORTH GREENBUSH AND ROBERT D. WELLS,

                    Defendants.

———————————————————————

**NOTICE OF CROSS MOTIO**N

**Civil Action No. 07-Civ-5444** -
**(Hon. Shira A. Scheindlin)**

      **PLEASE TAKE NOTICE,** that John A. Aretakis, Attorney and Pro Se Plaintiff hereby

Cross Moves this Court and sets out as follows:

Cross Motion by:          Plaintiff, JOHN A. ARETAKIS.

Date, Time and Place     December 14, 2007, 9:30 a.m., United States District
of Hearing: Court-Southern District of New York, Daniel Patrick Moynihan United
States Courthouse, 500 Pearl Street, New York, New York 10007, or at any such time the Court deems appropriate.

Supporting Papers:       Affidavit of John A. Aretakis, dated November **14,** 2007 and Memorandum of Law dated November 14, 2007 and Exhibit "A".

Relief Requested:         Removal, recusal or disqualification of Michael L. Costello, Defendant Robert Wells' counsel, or for the Court to Schedule a Hearing with respect to disqualification, and leave of the Court to accept for filing the Amended Complaint or nunc pro tunc filing of the Plaintiff's Amended Complaint, and Affidavit in Opposition to Defendants' Motions to dismiss and to change venue.

      Opposition papers due on a date ordered by the Court or the Federal Rules of Civil

Procedure and pursuant to Rule 6.1(b).

DATED: NEW YORK, NEW YORK
             NOVEMBER 14, 2007

                                                    /s/ _____
                                                    JOHN A. ARETAKIS

                                                    Attorney and Pro Se
                                                    Bar Roll No. JA7925

                                                    353 East 54 th Street
                                                    New York, New York 10022-4965
                                                    (917) 304-4885

                                                    facsimile (518) 286-3065
                                                    email: aretakis@nycap.rr.com

TO: MICHAEL. COSTELLO, ESQ.
         Tobin & Dempf
         33 Elk Street
         Albany, NewYork 12207

         THOMAS J. O'CONNOR, ESQ.
         Napierski Vandenburgh & Napierski, LLP
         96 Washington Avenue Ext.
         Albany, New York 12203

         THOMAS K. MURPHY, ESQ.
         Murphy Burns Barber & Murphy, LLP 4
         Atrium Drive
         Albany, New York 12205