EXHIBIT "A"

MEMORANDUM

DATE:         June 15, 2005

TO:           Pastors, Parish Life Directors, Priests, Principals and Agency Directors

FROM:         The Chancery

SUBJECT:      Attorney John Aretakis

A few weeks ago, an attorney named John Aretakis showed up at an Albany parish and school several times. He demanded to see a priest there so that he could interrogate him on videotape. He confronted and frightened an elementary school teacher and principal. When he confronted the priest, he was asked to leave the church premises. Instead, Mr. Aretakis barged into the priest's home with his video camera. Three times he and his associates leafleted cars and videotaped parents, parishioners and employees. Later, they staged two protests with picket signs. The parish properly called in the Albany Police.

Last fall, Mr. Aretakis shoed up at a parish function in Schenectady and attempted to interrogate another priest with a video camera. In April, Mr. Aretakis showed up in Troy at the funeral liturgy for a priest. At various times recently, Mr. Aretakis or his associates are reported to have leafleted cars in church parking lots in Rensselaer, Saratoga, Albany and Schenectady counties.

It is our opinion that Mr. Aretakis may be intentionally engaging in this threatening and intimidating behavior in order to provoke an incident with a Diocesan employee or representative so that he can style himself as a "victim" of church retribution. He and his associates frequently videotape these encounters and the videotape is supplied to local television stations.

Mr. Aretakis, as you know, is an attorney who represents victims of clergy sexual abuse. He is aware of the well-publicized process in the Albany Diocese for seeking and obtaining assistance for his clients. As an attorney, he knows full well that it is improper for him to seek to interrogate employees of an organization with whom he is engaged in litigation. We have repeatedly advised Mr. Aretakis in writing that he should contact the Diocese's law firm or the Independent Mediation

Assistance Program to discuss his clients' cases. He has ignored these repeated warnings. We will take further steps, if warranted, to ensure that he does not disrupt the operations of our parishes, schools and agencies nor harass employees, parishioners, parents and children.

Should Mr. Aretakis continue to ignore these repeated warnings, stage a confrontation on Diocesan, parish or school property, harass you or others, and/or refuse your requests to leave, please call 911. Should you be confronted by Mr. Aretakis (or anyone else who harasses you), please be polite but do not engage in any confrontation. Ask him or them politely and clearly to leave the premises and leave you alone. At your earliest convenience, commit the details of the incident to writing and date and sign your recollection. Contact the Chancery, Schools Office or Catholic Charities to report the incident.

It is important to bear in mind that Mr. Aretakis does represent individuals who as minors allege that they were sexually abused by priests. We as a Diocese and as a Church have a serious moral obligation to address these wrongs and provide meaningful help and comfort to victim.The Albany Diocese continues to respond to the needs of victims through the office of our Assistance Coordinator, Theresa Rodrigues, and through the Independent Mediation Assistance Program, which was established to investigate allegations of clergy sexual abuse of minors and provide assistance to victims.

Please feel free to call the Chancery, Schools Office or Catholic Charities if you have any questions about this matter.

Normal
Normal
Default Paragraph Font
Default Paragraph Font
Table Normal
Table Normal
No List
No List
*€urn:schemas-microsoft-com:office:smarttags
*€urn:schemas-microsoft-com:office:smarttags
http://www.5iantlavalamp.com/h
*€urn:schemas-microsoft-com:office:smarttags
City0€http://www.5iamas-microsoft-com:office:smarttags
Ä□Ç□d□
3
3
3
3
3
3

3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
3
Unknownÿ
Times New Roman
Times New Roman
Symbol
Symbol
MEMORANDUM
MEMORANDUM
MEMORANDUM
Normal
Microsoft Word 10.0
MEMORANDUM
Root Entry
1Table
1Table

WordDocument
WordDocument
SummaryInformation
SummaryInformation
DocumentSummaryInformation
DocumentSummaryInformation
CompObj
CompObj
Microsoft Word Document
MSWordDoc
Word.Document.8