UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JOHN A. ARETAKIS,

                          Plaintiff,

                                                      **Civil Action No. 07-Civ-5444** -
against-                                                      **(Hon. Shira A. Scheindlin)**

ROBERT DURIVAGE, TIMOTHY NUGENT, TOWN
OF NORTH GREENBUSH AND ROBERT D. WELLS,

                          Defendants.
_____

### CERTIFICATE OF SERVICE

       I hereby certify that on November 14, 2007, I electronically filed the Defendants *Robert Durivage, Timothy Nugent, Town of North Greenbush and Robert D. Wells* the Notice of Cross Motion, Affidavit in Opposition and Memorandum of Law along with Certificate of Service on the following:

| | |
|---|---|
| MICHAEL. COSTELLO, ESQ. | THOMAS K. MURPHY, ESQ. |
| Tobin & Dempf | Murphy Burns Barber & Murphy, LLP |
| 33 Elk Street | 4 Atrium Drive |
| Albany, NewYork 12207 | Albany, New York |

THOMAS J. O'CONNOR, ESQ.
Napierski Vandenburgh & Napierski, LLP
96 Washington Avenue Ext.
Albany, New York 12203

       And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM-ECF Participants:
None

                                                              */s/*
                                            JOHN A. ARETAKIS
                                            353 East 54 th Street
                                            New York, New York 10022-4965
                                            (917) 304-4885
                                            Facsimile (518) 286-3065
                                            Email: aretakis@nycap.rr.com