UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JOHN A. ARETAKIS,

                              Plaintiff,

  -against-

ROBERT DURIVAGE, TIMOTHY NUGENT, TOWN
OF NORTH GREENBUSH AND ROBERT D. WELLS,

                              Defendants.
_____

**NOTICE OF CROSS MOTION**

**Civil Action No. 07-Civ-5444
(Hon. Shira A. Scheindlin)**

        **PLEASE TAKE NOTICE,** that John A. Aretakis, Attorney and Pro Se Plaintiff hereby

Cross Moves this Court and sets out as follows**:**

| | |
|---|---|
| Cross Motion by: | Plaintiff, JOHN A. ARETAKIS. |
| Date, Time and Place of Hearing: | December 14**,** 2007, 9:30 a.m., United States District Court-Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, or at any such time the Court deems appropriate. |
| Supporting Papers: | Affidavit of John A. Aretakis, dated November **14**, 2007 and Memorandum of Law dated November 14, 2007 and Exhibit "A". |
| Relief Requested: | Removal, recusal or disqualification of Michael L. Costello, Defendant Robert Wells' counsel, or for the Court to Schedule a Hearing with respect to disqualification, and leave of the Court to accept for filing the Amended Complaint or nunc pro tunc filing of the Plaintiff's Amended Complaint, and Affidavit in Opposition to Defendants' Motions to dismiss and to change venue. |

    Opposition papers due on a date ordered by the Court or the Federal Rules of Civil

Procedure and pursuant to Rule 6.1(b).

DATED:    NEW YORK, NEW YORK
          NOVEMBER 14, 2007

                                              __/s/_____
                                              JOHN A. ARETAKIS
                                              Attorney and Pro Se
                                              Bar Roll No.  JA7925
                                              353 East 54th Street
                                              New York, New York 10022-4965
                                              (917) 304-4885
                                              facsimile (518) 286-3065
                                              email: aretakis@nycap.rr.com

TO:    MICHAEL. COSTELLO, ESQ.
       Tobin & Dempf
       33 Elk Street
       Albany, NewYork 12207

       THOMAS J. O'CONNOR, ESQ.
       Napierski Vandenburgh & Napierski, LLP
       96 Washington Avenue Ext.
       Albany, New York 12203

       THOMAS K. MURPHY, ESQ.
       Murphy Burns Barber & Murphy, LLP
       4 Atrium Drive
       Albany, New York 12205