# JOHN A. ARETAKIS
*Attorney and Counselor at Law*

353 East 54th Street  
New York, New York 10022-4965

Telephone (212) 751-7853  
Facsimile (518) 286-3065  
E-mail: aretakis@nycap.rr.com

November 15, 2007

**_Electronically Filed_**

Hon. Shira A. Scheindlin  
U.S. District Judge  
Southern District  
500 South Pearl Street, Room 1620  
New York, New York 10007

Re:  Aretakis v. Durivage, et al  
     No. 07-cv-5444

Dear Judge Scheindlin:

This letter is in response to the defendant Wells' request for a pre-motion Conference.

The defendants all are aware and know that I live and work in the Southern District. By way of a Notice of Cross Motion dated November 14, 2007, I served an Affidavit in Opposition to the defendant Durivage's request to change venue. I attach a copy of same, and the plaintiff respectfully requests that the plaintiff's choice of venue not be disturbed. The plaintiff has alleged operative facts occurred in the Southern District.

Mr. Wells engaged in reckless behavior, and the proper elements of State Law claims have been properly pled. As Mr. Costello hired Mr. Wells, and requested that Mr. Wells file and pursue false criminal charges against me, I have properly moved for Mr. Costello's disqualification.

The plaintiff respectfully requests that the pre-motion Conference also address the plaintiff's cross motion if same is appropriate.

Thank you for your consideration in this matter.

Respectfully,

/s/

John A. Aretakis  
JAA:lm

c:  Thomas K. Murphy, Esq.  
    Thomas O'Conner, Esq.  
    Thomas L. Costello, Esq.