| | LAW OFFICES | |
|---|---|---|
| LOUIS DEMPF, JR. | **TOBIN AND DEMPF LLP** | JOHN T. MITCHELL, OF COUNSEL |
| MICHAEL L. COSTELLO | | |
| KEVIN A. LUIBRAND | 33 ELK STREET | CHARLES J. TOBIN, 1915-1954 |
| R. CHRISTOPHER DEMPF | ALBANY, NEW YORK 12207 | CHARLES J. TOBIN, JR., 1940-1987 |
| | | JAMES W. SANDERSON, 1965-1992 |
| STEPHEN P. HAYFORD | | |
| JENNIFER L. CLARKE | *Via Facsimile and First Class Mail* | TELEPHONE: (518) 463-1177 |
| | | FACSIMILE:  (518) 463-7489 |

November 16, 2007

John A. Aretakis, Esq.  
7 Coyote Lane  
Troy, New York 12180

John A. Aretakis, Esq.  
353 East 54th Street  
New York, New York  10022-4965

Thomas J. Murphy Esq.  
Murphy Burns Barber & Murphy, LLP  
4 Atrium Drive  
Albany, New York 12205

Thomas J. O'Connor, Esq.  
Napierski Vandenburgh & Napierski, LLP  
296 Washington Avenue Ext.  
Albany, New York  12203

   Re: John A. Aretakis v. Robert Durivage, Timothy Nugent, Town of North Greenbush and Robert D. Wells  
      USDC/SDNY  
      Case No. 07-cv-5444  
      Hon. Shira A. Scheindlin

Dear Counselors:

  Our office was advised by Arie M. Rubenstein, Esq., law clerk to Hon. Shira A. Scheindlin, that a pre-motion conference has been scheduled for Friday, November 30, 2007 at 3:30 p.m. in court room 15C, U.S. Courthouse, 500 Pearl Street, New York, New York.  We have been requested by Mr. Rubenstein to advise counsel of record regarding this appearance.

  Mr. Rubenstein also advised that counsel of record would have three days to file a response to the pre-motion conference request filed by our office on October 30, 2007 regarding the proposed change of venue motion.  Mr. Rubenstein also requested that we advise that the disqualification motion made by Mr. Aretakis should be addressed in a pre-motion request letter. The conference on November 30, 2007, will address the proposed motions involving venue and disqualification.

  Thank you for your attention to this matter.

               Very truly yours,

               TOBIN AND DEMPF, LLP

               Michael L. Costello

MLC/slc

cc:  Arie M. Rubenstein, Esq.